**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff(s), | ) NO. CR 10-00424-FRZ-BPV |
| vs. | ) ORDER |
| **Carlos Rafael Lopez-Garcia,** | ) |
| Defendant(s). | ) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Dismiss [Doc 89], Motion for Sanctions to Preclude Testimony [Doc 41], Motion to Suppress [Doc 40] and Motion to Furnish Fingerprints [Doc 80].

On July 18, 2011, July 19, 2011 and July 29, 2011, Magistrate Judge Bernardo P. Velasco conducted hearings on the motions and on August 30, 2011 issued his Report and Recommendation [Doc 101]. A copy was sent to all parties. The Defendant filed his objections to the Report and Recommendation on September 22, 2011 [Doc 107]. On October 13, 2011, the Government filed their Response to Defendant's objections [Doc 110].

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Velasco's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS FURTHER ORDERED that Defendant's objections are DENIED.

IT IS FURTHER ORDERED that the Motion to Dismiss [Doc 89] and Motion for Sanctions to Preclude Testimony [Doc 41] are DENIED.

IT IS FURTHER ORDERED that Defendant's Motion to Suppress [Doc 40] is GRANTED but DENIED as to Defendant's fingerprints.

IT IS FURTHER ORDERED GRANTING Government's Motion for Order Requiring Defendant to Furnish Fingerprints [Doc 80].

DATED this 20th day of October, 2011.

_____
Frank R. Zapata
Senior United States District Judge